```
             UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

BRANDON SMITH                                          PETITIONER

V.                         CIVIL ACTION NO. 5:25-CV-14-DCB-ASH

SHERIFF BRYANT JONES                                   RESPONDENT

<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

This matter is before the Court on Magistrate Judge Harris's Report and Recommendation ("Report") [ECF No. 18] recommending that the Court (1) deny Plaintiff Brandon Smith's motion to dismiss the state charges [Ecf No. 11], and (2) grant Respondent's motion to dismiss [Ecf No. 15], dismissing the excessive-bond claim and the claim seeking to enforce Smith's speedy-trial rights without prejudice for failure to exhaust and dismissing any other claims with prejudice. The Report was entered on December 10, 2025, and objections to it were due by December 26, 2026. No party has objected to the report.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a <u>de novo</u> review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion and contrary to law"

standard of review to the Report. <u>United States v. Wilson</u>, 864 F.2d 1219, 1221 (5th Cir. 1989).

Accordingly, the Court agrees with Judge Harris's recommendation. The Report [ECF No. 18] is hereby ADOPTED and this action is DISMISSED WITHOUT PREJUDICE as it relates to the excessive-bond claim and the claim seeking to enforce Smith's speedy trial rights for failure to exhaust and DISMISSED WITH PREJUDICE as it relates to any other claims.

A Final Judgment shall be entered of even date herewith pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this 16th day of January, 2026.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE
